**12-CV-01261-SUMM**

_ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**SEP 0 4 2012**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS R. DANIEL, II, | Case No. C12-1261-JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| FEDERAL GOVERNMENT U.S. ARMED FORCES, | |
| Defendant. | |

The Court, having reviewed the plaintiff's proposed complaint and application to proceed *in forma pauperis* in this civil rights action, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's complaint is DISMISSED without prejudice, and his application to proceed *in forma pauperis* is DENIED as moot.

(3)     The Clerk is directed to send copies of this Order to the plaintiff and to Judge Donohue.

DATED this 3ʳᵈ day of ____Sept.____, 2012.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1